AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

THE AUTOMOBILE INS. CO.
OF HARTFORD, CONNECTICUT                **JUDGMENT IN A CIVIL CASE**
                                         CASE NUMBER: 08-CV-623A

   v.

ELECTROLUX HOME PRODUCTS, INC.


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that defendant's motion to dismiss for lack of subject-matter jurisdiction is Granted; that plaintiff shall file any bill of costs within 30 days after entry of final judgment and that this Court retains ancillary jurisdiction to resolve any disputes between the parties regarding interest and costs.


Date: August 2, 2011                     MICHAEL J. ROEMER, CLERK


                                         By: s/Suzanne Grunzweig
                                              Deputy Clerk